UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THEODIS BROWN, SR.,            )
                               )
            Plaintiff,         )
                               )
    v.                         )     No. 4:07-CV-1840-MLM
                               )
MISSOURI DIVISION OF FIRE SAFETY, )
                               )
            Defendant.         )

**ORDER**

**IT IS HEREBY ORDERED** that plaintiff's "Pro Se Motion to Compel a Writ of Mandamus" [Doc. #7] is **DENIED**.

Dated this 8th day of November, 2007.

                    /s/ Jean C. Hamilton
                    UNITED STATES DISTRICT JUDGE